428 A.2d 268

Malkowski, Admnx. etc. v. Septa, Appellant.

Stuart A. Schwartz, for appellant; Edward J. David, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.

July 18, 1980.

428 A.2d 268

Commonwealth v. Dandar, Appellant.

Submitted April 16, 1980. Ronald G. Dandar, appellant, in propria persona; Stephen Toole, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.